[No. 29765-1-I.  Division One.  February 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOE SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04653-7, Sharon S. Armstrong, J., entered November 26, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 27978-5-I.  Division One.  February 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ENRIQUE LEON-GARAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01047-8, John F. Wilson, J., entered February 11, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30370-8-I.  Division One.  February 16, 1993.]

*In the Matter of the Marriage of* DEBRA K. HANNULA, *Respondent, and* JOHN H. HILL III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-02749-1, Harry R. Slusher, J. Pro Tem., entered February 18, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 12041-4-III.  Division Three.  February 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY NORMAN BUMPAS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00673-4, Richard J. Schroeder, J., entered October 24, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.